**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **GMW, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Soutirage** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-5711968** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20 Enterprise Ct, #5**<br>**Napa, CA 94559** | **PO Box 3715**<br>**Yountville, CA 94599** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Napa** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 1 of 51

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 2 of 51

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor  _____  Relationship  _____

District  _____  When  _____  Case number, if known  _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

█  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **GMW, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**June 17, 2023**___
MM / DD / YYYY

**X** _/s/ Aimee Meyer_                              **Aimee Meyer**
Signature of authorized representative of debtor        Printed name

Title ___**CEO**___

**18. Signature of attorney**

**X** _/s/ Eric A. Nyberg_                 Date **June 17, 2023**
Signature of attorney for debtor            MM / DD / YYYY

**Eric A. Nyberg 131105**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone **510-763-1000**        Email address _____

**131105 CA**
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 17, 2023**     X **/s/ Aimee Meyer**
                                      Signature of individual signing on behalf of debtor

                                        **Aimee Meyer**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

Debtor name **GMW, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $      0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $      314,539.53

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $      314,539.53

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      651,912.65

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      322,604.38

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      5,602,726.12

4. Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b      $      6,577,243.15

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name   **GMW, Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Republic Bank** | **Checking** | 3134 | $0.00 |
| 3.2. | **PayPal** | | | $0.00 |
| 3.3. | **Mechanic's Bank** **Unused and not sure if account is open or closed** | checking | 8310 | $0.00 |
| 3.4. | **Bank of Stockton** | checking | 8549 | $11,045.10 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Checks payable to debtor for storage** | $691.50 |

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $11,736.60 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 8 of 51

6. **Does the debtor have any deposits or prepayments?**

 ■ No.  Go to Part 3.
 ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

 ☐ No.  Go to Part 4.
 ■ Yes Fill in the information below.

11.   **Accounts receivable**

 11a. 90 days old or less:          21,003.00       -            0.00    = ....            $21,003.00
                            face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                    $21,003.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

 ■ No.  Go to Part 5.
 ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ☐ No.  Go to Part 6.
 ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Assorted wine inventory Held in warehouse at 125 Gateway Rd E, Ste A, Napa** | | $213,331.00 | | $213,331.00 |

23.   **Total of Part 5.**                                                    $213,331.00
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☐ No
      ■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 9 of 51

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>**Misc office furniture, books, racks** | **$25,500.00** | | **$6,375.00** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**MIsc computers, printers and electronic equipment** | **$33,500.00** | | **$8,400.00** |
| 42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.                 **$14,775.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Case: 23-10306    Doc# 1    Filed: 06/17/23    Entered: 06/17/23 09:44:59    Page 10 of 51

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       Misc Soutirage Logo Items                       $2,991.00                              $450.00

51.    **Total of Part 8.**                                                    | $450.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
| --- | --- |

54.  **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** Customer list | $0.00 | | $0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**                                                    | $0.00 |

     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Possible claim against California Department of Tax and Administration for Sales Tax Refund** | $53,243.93 |
|   Nature of claim | |
|   Amount requested        $0.00 | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $53,243.93 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 12 of 51

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,736.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $21,003.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $213,331.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,775.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $450.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $53,243.93 | |
| 91. **Total.** Add lines 80 through 90 for each column | $314,539.53 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $314,539.53 |

**Fill in this information to identify the case:**

Debtor name    **GMW, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Gary E. Looney**<br>Creditor's Name<br>**Collectronics of California**<br>**3785 Brickway Blvd, Ste 210**<br>**Santa Rosa, CA 95403**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Assets of the corporation** | **$1,912.65** | **$0.00** |

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**
**4-13-21**

**Last 4 digits of account number**
**8733**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2**  **Justin R. Meyer Marital Trust**<br>Creditor's Name<br>**PO Box 49**<br>**Oakville, CA 94562**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Wine inventory** | **$500,000.00** | **$0.00** |
|---|---|---|---|

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**
**1/27/2023**

**Last 4 digits of account number**

---

| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|---|
| | ■ No | Check all that apply |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

---

**2.3** **U.S. Small Business Administration**

Creditor's Name

**Office of Processing and Disbursement**
**1545 Hawkins Blvd, Ste 202**
**El Paso, TX 79925-2652**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/4/2020**

**Last 4 digits of account number**
**7804**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $150,000.00    $0.00
**Assets of the corporation**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $651,912.65

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Duane Morris, LLP** **Stephen Sutro, Geoffrey Heaton** **One Market Plaza, Spear Street Tower** **Suite 2200** **San Francisco, CA 94105-1127** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name **GMW, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Al Masse**<br>**511 30th Street**<br>**Suite A**<br>**Newport Beach, CA 92663** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,698.00** | **$3,350.00** |
|  | Date or dates debt was incurred<br>**11/1/2022** | Basis for the claim:<br>**Deposits for orders not fulfilled** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Andrew & Angelique Wilson**<br>**1877 Camino A Los Cerros**<br>**Menlo Park, CA 94025** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$97,203.24** | **$3,350.00** |
|  | Date or dates debt was incurred<br>**1/27/2022** | Basis for the claim:<br>**Deposits for orders not fulfilled** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

Case: 23-10306    Doc# 1    Filed: 06/17/23    Entered: 06/17/23 09:44:59    Page 16 of 51

27103

| 2.3 | Priority creditor's name and mailing address<br>**Bill Price**<br>**PO Box 1869**<br>**Sonoma, CA 95476** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,129.40** | **$3,350.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**6/12/2017** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**California Dept of Tax and Fee**<br>**Admin**<br>**Acct Information Group MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$12,196.10** | **$12,196.10** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2681**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**David Sze**<br>**55 New Place Rd.**<br>**Hillsborough, CA 94010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,310.81** | **$3,350.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**11/10/2021** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Deepak Parwatikar**<br>**695 South Vermont Ave**<br>**Suite 1100**<br>**Los Angeles, CA 90005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$270.00** | **$270.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**7/28/2018** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 17 of 51

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,845.40 | $3,350.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Don Ghareeb**
**3750 Corporate Woods Drive**
**Vestabia Hills, AL 35242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/28/2017**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,916.00 | $2,916.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Egon Durban**
**c/o Ayco**
**PO Box 425**
**Saratoga Springs, NY 12866**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/2019**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95827-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.00 | $103.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**George & Leona**
**10866 Wilshire Blvd**
**Los Angeles, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/1/2023**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address<br>**George Hamel JR**<br>**8541 Sonoma Highway**<br>**Kenwood, CA 95452** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,613.52** | **$1,613.52** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**7/19/2022** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Gideon Rose**<br>**935 President Street**<br>**Brooklyn, NY 11215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,975.00** | **$3,350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**6/13/2017** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Hire Society**<br>**110 East 25TH Street**<br>**New York, NY 10010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,894.20** | **$1,894.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**5/20/2022** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Ian MacNaughton**<br>**BlackSand Capital, LLC**<br>**1288 Ala Moana Blvd., Ste 288**<br>**Honolulu, HI 96814** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,123.60** | **$3,350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**5/25/2017** | Basis for the claim:<br>**Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,540.21** | **$3,350.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------------|----------------|

**Jay Pryor**
**5535 Memorial Dr.**
**Suite F, #611**
**Houston, TX 77007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/31/2022**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33,156.50** | **$3,350.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------------|----------------|

**Jesse Rogers**
**278 Park Lane**
**Atherton, CA 94027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/11/2022**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74,416.32** | **$3,350.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------------|----------------|

**Jim Coulter**
**3690 Washington Street**
**San Francisco, CA 94118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/13/2017**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.98 | $174.98 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Liz Cherson**
**2550 Sand Hill Road**
**Suite 200**
**Menlo Park, CA 94025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/25/2022**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**LLS, LLC**
**3322 Twin Oaks DRive**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/15/2022**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,473.80 | $3,350.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Lowry Baldwin**
**PO Box 23787**
**Tampa, FL 33623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/30/2022**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.40 | $1,079.40 |
|------|---------------------------------------------|----------------------------------------------|-----------|-----------|

**Michael Webb**
**4312 Adirondack Summit Dr.**
**Austin, TX 78738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/5/2022**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 21 of 51

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,432.44 | $1,432.44 |
|---|---|---|---|---|

**Oscar Salazar**
**379 W. Broadway**
**Suite 204**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/26/2021**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $826.20 | $826.20 |
|---|---|---|---|---|

**Peter Borst**
**51 Sunset Drive**
**Summit, NJ 07901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2019**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,542.40 | $3,350.00 |
|---|---|---|---|---|

**Peter Chernin**
**8383 Wilshire Blvd.**
**Suite 400W**
**Beverly Hills, CA 90211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/30/2019**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.00 | $1,020.00 |
|---|---|---|---|---|

**Peter Corsell**
**10005 Possum Hollow Dr.**
**Delaplane, VA 20144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/25/2018**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.16 | $659.16 |
|------|---|---|---|---|
| | **Reid Hoffman** | *Check all that apply.* | | |
| | **2550 Sand Hill Road** | ☐ Contingent | | |
| | **Suite 200** | ☐ Unliquidated | | |
| | **Menlo Park, CA 94025** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/15/2021** | **Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $853.20 | $853.20 |
|------|---|---|---|---|
| | **Rob Morrison** | *Check all that apply.* | | |
| | **42 Falkirk Ave** | ☐ Contingent | | |
| | **Seatoun, Wellington 06022-0000** | ☐ Unliquidated | | |
| | **New Zealand** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **5/17/2019** | **Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,464.00 | $3,350.00 |
|------|---|---|---|---|
| | **Robert Clifford** | *Check all that apply.* | | |
| | **840 N. Lake Shore Drive** | ☐ Contingent | | |
| | **#2501** | ☐ Unliquidated | | |
| | **Chicago, IL 60611-2489** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **7/20/2022** | **Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,092.75 | $3,350.00 |
|------|---|---|---|---|
| | **Stephen Zide** | *Check all that apply.* | | |
| | **35 Binney Lane** | ☐ Contingent | | |
| | **Old Greenwich, CT 06870** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **9/21/2018** | **Deposits for orders not fulfilled** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | **GMW, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,800.00 | $3,350.00 |

**William Lauder**
**767 Fifth Avenue**
**New York, NY 10153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/15/2019**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.75 | $664.75 |

**Zachary Bogue**
**PO Box 1707**
**Los Altos, CA 94023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/4/2023**

Basis for the claim:
**Deposits for orders not fulfilled**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |

**Adventures in Wine**
**440 Talbert Street**
**Daly City, CA 94014-1623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,697,024.06 |

**Aimee Meyer**
**PO Box 3715**
**Yountville, CA 94599**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Loans to GMW**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |

**Allianz Fireman's Fund Insurance**
**P.O. Box 3914**
**Carol Stream, IL 60132-3914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$980.00** |
|---|---|---|---|

**Bay Alarm Company**
**1016 Clegg Court**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bekah Mercer**
**240 Riverside Blvd, 24A**
**New York, NY 10069**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,141.50** |
|---|---|---|---|

**Bell Products, Inc**
**PO Box 396**
**722 Soscol Ave**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,275.00** |
|---|---|---|---|

**Benjamin Montoya**
**928 North Florence St**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,231.60** |
|---|---|---|---|

**Beverly Cunningham**
**555 Rohnert Park Expressway, #B**
**Dillon Beach, CA 94929**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carl Mayer**
**309 W 49th Street, 16th floor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**Chambers & Chambers**
**2140 Palou Ave**
**San Francisco, CA 94124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**3.11** | Nonpriority creditor's name and mailing address

**Chase**
**Attn Bankruptcy Dept**
**PO Box 100018**
**Kennesaw, GA 30156**

Date(s) debt was incurred _

Last 4 digits of account number  **0085**

As of the petition filing date, the claim is: Check all that apply.    **$32,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

**Clark Pest Control**
**Acct Office**
**PO Box 1480**
**Lodi, CA 95241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$672.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

**Colgin Cellars**
**220 Long Ranch Road Street**
**Saint Helena, CA 94574**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$13,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Dalla Valle Vineyards**
**PO Box 329**
**Oakville, CA 94562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$6,984.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**Daniel Brass**
**233 W 21st St, Apt 5D**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Darren Humphreys**
**22 Winsor Street**
**Duxbury, MA 02332**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**David Burke**
**Makena Capital Management**
**2755 Sand Hill Rd**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address<br>**David Shapiro**<br>**15 East 26th St, Apt 15A**<br>**New York, NY 10010** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address<br>**David Sze**<br>**44 New Place Rd**<br>**Burlingame, CA 94010** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address<br>**Eisele Vineyard**<br>**2155 Pickett Rd**<br>**Calistoga, CA 94515** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,350.00** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Good and service**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address<br>**Euser Family Trust**<br>**5048 Silverado Trail**<br>**Napa, CA 94558** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41,460.73** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Rent arrears, attorneys fees, lease negotiations for new tenant, improvments**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address<br>**FedEx**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.00** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address<br>**Futo Wines**<br>**PO Box 410**<br>**Oakville, CA 94562** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,160.00** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address<br>**Grossman Interactive Inc.**<br>**6706 Parkside Drive**<br>**Pompano Beach, FL 33067** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,424.35** |
|---|---|---|---|

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 27 of 51

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$408.66** |
|---|---|---|---|

**Hanneke DeCook**
**Attn: Chris Dugan**
**3435 E. 3rd Street**
**Long Beach, CA 90814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hume Steyer**
**24 Tower Hill Rd**
**Tuxedo Park, NY 10987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Hundred Acre**
**1345 Railroad Ave, Ste 2A**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,287.60** |
|---|---|---|---|

**ILS**
**18618 S. Ferris Place**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Favia**
**The Strongbox**
**1516 N. Orleans St**
**Chicago, IL 60610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Wine order paid for and ready to ship, but still in warehouse**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Baratta**
**345 Park Ave**
**New York, NY 10154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,401.35** |
|---|---|---|---|

**Justin Meyer**
**PO Box 3715**
**Yountville, CA 94599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**Justin Meyer Marital Trust**
**Attn: Bonny Meyer**
**PO Box 49**
**Oakville, CA 94562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Miller**
**Meritage Cellar**
**2487 Spring Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wine order paid for and ready to ship, but still in warehouse**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,401.35** |
|---|---|---|---|

**Lily Meyer**
**PO Box 3715**
**Yountville, CA 94599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,696.87** |
|---|---|---|---|

**Liv Ex Battersea Studios 2**
**82 Silverthorne Rd**
**London SW8 3HE**
**United Kingdon**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,675.06** |
|---|---|---|---|

**Maison Ginestet**
**19 Avenue de Fontenilles**
**Carignan-de-Bordeax 33360**
**France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark Kaufman**
**AthletiCo**
**625 Enterprise Dr**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Wine order paid for and ready to ship, but still in warehouse**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mauri Waneka**
**907 Norht Alfred St**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.39** | Nonpriority creditor's name and mailing address
**Mei Xu**
5515 Security Lane, Ste 1100
Rockville, MD 20852

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wine order paid for and ready to ship, but still in warehouse__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address
**Meyer Family Office**
PO Box 3715
Yountville, CA 94599

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$97,763.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address
**MHW LTD**
Barriere Freres
1129 Northern Blvd, Ste 312
Manhasset, NY 11030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$4,489.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Michael Petty**
3750 Corporate Woods Drive
Birmingham, AL 35242

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wine order paid for and ready to ship, but still in warehouse__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**Napa Recycling & Waste Services**
P.O. Box 51015
Los Angeles, CA 90051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$288.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
**Natalie Bruss**
7060 Hollywood Blvd, 8th Floor
Los Angeles, CA 90028

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Wine order paid for and ready to ship, but still in warehouse__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address
**Niklas Zennstrom**
c/o Daniel Rozansky
Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd, 20th Floor
Sherman Oaks, CA 91403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,000,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Potential claim for improper storage of wine__

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-10306  Doc# 1  Filed: 06/17/23  Entered: 06/17/23 09:44:59  Page 30 of 51

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nirav Tolia**
**2775 Vallejo Street**
**San Francisco, CA 94123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Oracle America Inc.**
**15612 Collections Center Dr**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Pacific Gas & Electric**
**PO Box 997300**
**Sacramento, CA 95899-7300**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$838.20** |
|---|---|---|---|

**Park Street Imports, LLC**
**Kyro Distillery Co**
**1000 Brickell Ave, Ste 215**
**Miami, FL 33131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patrick Kellaher Advisors**
**3954 Jefferson St**
**Napa, CA 94558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Advisor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peter Chernin**
**2327 La Mesa Drive**
**Santa Monica, CA 90402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Socher**
**683 Roble Ave, Apt 3**
**Menlo Park, CA 94025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Rick Dennis**
**15130 Ventura Blvd, #301**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Roger Barnett**
**3085 Munroe Drive**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,150.00 |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------|

**Screaming Eagle**
**PO Box 12**
**Oakville, CA 94562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Stanton Dodge**
**16 Borealis Way**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Steve Belloti**
**511 Walnut Street**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Steve Stoute**
**6285 Pinetree Drive Circle**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Wine order paid for and ready to ship, but still in warehouse**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,499.36 |
|------|--------------------------------------------------|------------------------------------------------------------------|-----------|

**Uline**
**220 S. Lakeside Dr**
**Waukegan, IL 60085-8361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **UPS**<br>**PO Box 864820**<br>**Los Angeles, CA 90189-4820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,667.43** |
|---|---|---|---|
| | **Vin & Passion SAS (EUR)**<br>**5 rue Binaud**<br>**Bordeaux 33300**<br>**France** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Goods and Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Wee Yiaw Hin**<br>**Petronas Twin Towers**<br>**Upstream Level 79, tower 1**<br>**Kuala Lumpur KLCC 5008**<br>**Malaysia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wine order paid for and ready to ship, but still in warehouse__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,929.97** |
|---|---|---|---|
| | **Winebow**<br>**P.O. Box 748661**<br>**Los Angeles, CA 90074-8661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Goods and Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CA Dept of Tax and Fee Admin**<br>**1515 Clay St, Ste 303**<br>**Oakland, CA 94612-1432** | Line __2.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Daniel Brass**<br>**102 Chase Rd**<br>**Shokan, NY 12481-5100** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John Euser & Carol Euser**<br>**Portofino Realty Advisors**<br>**Bruce Peters**<br>**6484 Washington St, Ste A**<br>**Yountville, CA 94599** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Joseph Baratta**<br>**1 E. 94th Street**<br>**New York, NY 10128** | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |

Case: 23-10306  Doc# 1  Filed: 06/17/23  Entered: 06/17/23 09:44:59  Page 33 of 51

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Rick Dennis**<br>**3350 Stoneridge Lane**<br>**Los Angeles, CA 90077** | Line  **3.53** <br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Screaming Eagle**<br>**1000 Chopper Circle**<br>**Denver, CO 80204** | Line  **3.55** <br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Winebow**<br>**4301 Industrial Way**<br>**Benicia, CA 94510** | Line  **3.63** <br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 322,604.38 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,602,726.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,925,330.50 |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease for 20 Enterprise Ct, #5 and 6, Napa, CA Lease expires 1/31/2026** |
| State the term remaining | |
| List the contract number of any government contract | **Euser Family Trust 5048 Silverado Trail Napa, CA 94558** |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **GMW, Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 207</u>

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$260,767.32** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$1,411,872.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other **Gross Receipts-Business** | **$2,243,588.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 37 of 51

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Patrick Kellaher Advisors**<br>**3954 Jefferson St**<br>**Napa, CA 94558** | 3/30  $1100<br>3/30  $5000<br>4/23  $600<br>4/25  $500<br>6/14  $2994 | $10,194.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **ILS**<br>**18618 S. Ferris Place**<br>**Compton, CA 90220** | 4/24/23 | $8,287.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Chad Meyer**<br>**PO Box 3715**<br>**Yountville, CA 94599**<br>**Former CEO** | **June  2022 to December 2022** | $17,864.13 | **Payments for medical insurance for the debtor and his family** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **California Dept of Tax and Fee Admin**<br>**Acct Information Group MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | **Cash** | **5/7/23** | $22,218.20 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case: 23-10306    Doc# 1    Filed: 06/17/23    Entered: 06/17/23 09:44:59    Page 38 of 51

□ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **John Euser, Trustee, Euser Family Trust vs. GMW, Inc., dba Soutirage 23CV000464** | **Unlawful Detainer** | **Superior Court County of Napa 825 Brown St Napa, CA 94559** | ■ Pending<br>□ On appeal<br>□ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Donahue Fitzgerald 1999 Harrison St, Ste 2600 Oakland, CA 94612** | | **3/30/23 and 4/23/23** | **$12,443.75** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Kornfield, Nyberg, Bendes, Kuhner & Litt 1970 Broadway, Ste 600 Oakland, CA 94612** | **Attorney Fees $6500 plus court filing fee $338** | **6-15-2023** | **$6,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **The Good Life Wine Collective 20 Enterprise , Ste 5 Napa, CA 94559** | **Sale of various assets such as racks, forklift, carts, pallet jacks, couch** | **6/1/23** | **$20,185.50** |
| | Relationship to debtor | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of Stockton** | **XXXX-6337** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Unknown, but approximately July or August 2022** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Case: 23-10306    Doc# 1    Filed: 06/17/23    Entered: 06/17/23 09:44:59    Page 41 of 51

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **VinBrucke, LLC**<br>**125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **VinBrucke, LLC, Patrick Kellaher and Aimee Meyer**<br>**Pursuant to a storage agreement between VinBrucke, LLC and Patrick Kellaher Advisors & Client, wine belonging to the debtor and to clients who have not picked up their order are stored in the above referenced warehouse** | **Wine belonging to the debtor and clients of the debtor** | ☐ No<br>■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bekah Mercer**<br>**240 Riverside Blvd, 24A**<br>**New York, NY 10069** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |
| **Carl Mayer**<br>**309 W 49th Street, 16th floor**<br>**New York, NY 10019** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |
| **Daniel Brass**<br>**233 W 21st St, Apt 5D**<br>**New York, NY 10011** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |
| **David Burke**<br>**Makena Capital Management**<br>**2755 Sand Hill Rd**<br>**Menlo Park, CA 94025** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |
| **David Shapiro**<br>**15 East 26th St, Apt 15A**<br>**New York, NY 10010** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |
| **David Sze**<br>**44 New Place Rd**<br>**Burlingame, CA 94010** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |
| **John Favia**<br>**The Strongbox**<br>**1516 N. Orleans St**<br>**Chicago, IL 60610** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |

Case: 23-10306    Doc# 1    Filed: 06/17/23    Entered: 06/17/23 09:44:59    Page 42 of 51

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Kevin Miller<br>Meritage Cellar<br>2487 Spring Street<br>Redwood City, CA 94063 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Mark Kaufman<br>AthletiCo<br>625 Enterprise Dr<br>Oak Brook, IL 60523 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Mei Xu<br>5515 Security Lane, Ste 1100<br>Rockville, MD 20852 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Michael Petty<br>3750 Corporate Woods Drive<br>Birmingham, AL 35242 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Natalie Bruss<br>7060 Hollywood Blvd, 8th Floor<br>Los Angeles, CA 90028 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Megha Tolia<br>2775 Vallejo Street<br>San Francisco, CA 94123 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Peter Chernin<br>2327 La Mesa Drive<br>Santa Monica, CA 90402 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Richard Socher<br>683 Roble Ave, Apt 3<br>Menlo Park, CA 94025 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Roger Barnett<br>3085 Munroe Drive<br>Miami, FL 33133 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Stanton Dodge<br>16 Borealis Way<br>Castle Rock, CO 80108 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |
| Steve Stoute<br>6285 Pinetree Drive Circle<br>Miami Beach, FL 33141 | 125 Gateway Rd E, Ste A<br>Napa, CA 94558 | Wine | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wee Yiaw Hin**<br>**Petronas Twin Towers**<br>**Upstream Level 79, tower 1**<br>**Kuala Lumpur KLCC 5008**<br>**Malaysia** | **125 Gateway Rd E, Ste A**<br>**Napa, CA 94558** | **Wine** | **Unknown** |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Case: 23-10306   Doc# 1   Filed: 06/17/23   Entered: 06/17/23 09:44:59   Page 44 of 51

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Adams Habern & Gray, CPAs, PLLC**<br>**4500 S. Lakeshore Dr, Ste 300**<br>**Tempe, AZ 85282** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aimee Meyer** | **PO Box 3715**<br>**Yountville, CA 94599** | **CEO and shareholder** | **80.2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lily Madeline Meyer Irrev Trust** | **PO Box 3715**<br>**Yountville, CA 94599** | **Shareholder** | **9.9%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Justin L Meyer Irrev Trust** | **PO Box 3715**<br>**Yountville, CA 94599** | **Shareholder** | **9.9%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Case: 23-10306    Doc# 1    Filed: 06/17/23    Entered: 06/17/23 09:44:59    Page 45 of 51

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Chadwick Meyer** | | **CEO** | **Until December 2022** |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Chad Meyer**<br>**PO Box 3715**<br>**Yountville, CA 94599** | **$17,864.13** | **June 2022 to December 2022** | **Payments for medical insurance for the debtor and his family** |
| | **Relationship to debtor**<br>**Former CEO** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 17, 2023_____

| /s/ Aimee Meyer | **Aimee Meyer** |
|-----------------|-----------------|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor __**CEO**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of California

In re __GMW, Inc__ _____  Case No. _____

_____ Chapter __7__ _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,500.00** |
| Prior to the filing of this statement I have received | $ | **6,500.00** |
| Balance Due | $ | **0.00** |

2. $ __338.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
      reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
      522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
   any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **June 17, 2023** _____ | **/s/ Eric A. Nyberg** |
| _Date_ | **Eric A. Nyberg 131105** |
| | _Signature of Attorney_ |
| | **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** |
| | **1970 Broadway, Ste 600** |
| | **Oakland, CA 94612** |
| | **510-763-1000  Fax: 510-273-8669** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## Northern District of California

In re   **GMW, Inc** _____    Case No. _____

                                   Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 17, 2023** _____      **/s/ Aimee Meyer** _____

                                                **Aimee Meyer**/CEO
                                                Signer/Title

# United States Bankruptcy Court
### Northern District of California

In re    <u>**GMW, Inc**</u>

Debtor(s)

Case No. _____

Chapter   <u>**7**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>**GMW, Inc**</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>June 17, 2023</u>

Date

/s/ Eric A. Nyberg

**Eric A. Nyberg 131105**

Signature of Attorney or Litigant

Counsel for   **GMW, Inc**

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

In re  **GMW, Inc**
_____  Case No. _____
                                                      Debtor(s)              Chapter     **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Aimee Meyer**, declare under penalty of perjury that I am the **CEO** of  **GMW, Inc**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **15th** day of **June**, 20 **23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Aimee Meyer**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Aimee Meyer**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Aimee Meyer**, **CEO** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date  **June 15, 2023**
_____

Signed  **/s/ Aimee Meyer**
_____
            **Aimee Meyer**

Resolution of Board of Directors
of
**GMW, Inc**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Aimee Meyer, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Aimee Meyer, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Aimee Meyer, CEO** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date   **June 15, 2023**      Signed   **/s/ Aimee Meyer**

Date   **June 15, 2023**      Signed